UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOLORES GALINDO,

    Plaintiff(s),

v.

AMERICAN AIRLINES,

    Defendant(s).

_____/

No. C 03-3671 PJH

**ORDER**

The court is in receipt of defendant's letter in which it advises that the parties have never been contacted by Magistrate Judge James chambers, to whom this matter was referred for settlement conference on June 8, 2005, with a date for the conference. The docket reflects that the notice of conference was entered yesterday and schedules the conference for August 3, 2005. In view of the limited time available between the conference and the August 25, 2005 pretrial conference, the filing deadlines are adjusted as follows:

Pretrial papers shall be filed no later than August 10, 2005, 6 p.m.

Oppositions to motions in limine shall be filed no later than August 17, 2005, 6 p.m.

**IT IS SO ORDERED.**

Dated: July 22, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge