UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOLORES GALINDO,

    Plaintiff(s),

v.

AMERICAN AIRLINES,

    Defendant(s).

_____/

No. C 03-3671 PJH

**SUPPLEMENTAL FINAL PRETRIAL CONFERENCE ORDER**

**Witnesses:**

With regard to plaintiff's objections to defendant's witness list, the court overrules those objections based on defendant's failure to formally disclose certain names in view of the abundant notice of the existence of these witnesses and the materiality of their testimony. With regard to plaintiff's objection based on defendant's failure to adequately summarize the anticipated testimony from each of the witnesses, the court sustains the objection, but declines to exclude the witnesses from defendant's case in chief on this basis. Instead, defendant is ordered to file an amended witness list providing such summaries no later than September 7, 2005.

**Evidence:**

The court overrules plaintiff's objections to defendant's exhibits A-5, A-7, A-19, A-25, A-29, as moot in view of the court's rulings on the various in limine motions. Exhibit A-21 appears to the court to be relevant. However, the relevance of A-16 and A-18 is not apparent and the court will reserve ruling on them until proffered at trial.

**Defendant's Objections:**

As plaintiff has not had an opportunity to respond to these objections which were lodged without leave of court, the court will defer argument and ruling on them until trial.

However, if defendant is correct that plaintiff has never disclosed her calculation of damages, she shall do so no later than September 7, 2005, or be foreclosed from attempting to prove them at trial. If it is plaintiff's position that she has made this disclosure, she shall by letter to defense counsel, identify which documents contain her damages calculation.

**IT IS SO ORDERED.**

Dated: September 2, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

2