| | |
|---|---|
| 1 | KENNETH R. O'BRIEN, Bar No. 072128 |
| | LITTLER MENDELSON |
| 2 | A Professional Corporation |
| | 2520 Venture Oaks Way, Suite 390 |
| 3 | Sacramento, CA 95833.4227 |
| | Telephone: 916.561.5300 |
| 4 | Facsimile: 916.561.0828 |

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOLORES GALINDO, | Case No. C 03-3671 PJH |
| Plaintiff, | **DEFENDANT'S REQUEST TO BRING AUDIO/VIDEO EQUIPMENT FOR USE DURING TRIAL** |
| v. | |
| AMERICAN AIRLINES, INC., | Trial: September 12, 2005 |
| Defendant. | Time: 8:30 a.m. |
| | Judge: Hon. Phyllis J. Hamilton |
| | Dept: Courtroom 3, 17th Floor |

Defendant hereby requests permission to bring and use audio/video equipment at the trial herein. Defendant wishes to bring and use an overhead projector to show exhibits and demonstrative exhibits to the jury.

Dated: September 9, 2005                                    Respectfully Submitted

                                                           /s/
                                                           ───────────────────────────
                                                           KENNETH R. O'BRIEN
                                                           LITTLER MENDELSON
                                                           A Professional Corporation
                                                           Attorneys for Defendant
                                                           AMERICAN AIRLINES, INC.

FIRMWIDE:80406805.1 009001.1271                             Case No. C 03-3671 PJH

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.561.5300

DEF'S REQUEST TO BRING IN AUDIO/VIDEO EQUIPMENT FOR USE AT TRIAL

| | |
|---|---|
| Dated: 8/9/05 _____ | IT IS SO ORDERED.<br><br>_____\<br>PHYLLIS J. HAMILTON<br>Judge, United States District Court-<br>Northern District |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.561.5300

FIRMWIDE:80406805.1 009001.1271    2.    Case No. C 03-3671 PJH

DEF'S REQUEST TO BRING IN AUDIO/VIDEO EQUIPMENT FOR USE AT TRIAL